JFM: USAO 2010R00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. L-10-0647 |
| | * | |
| ADETOKUNBO OLUBUNMI ADEPOJU, | * | (Bank Fraud, 18 U.S.C. § 1344; |
| a/k/a "Olu," | * | Aggravated Identity Theft, 18 U.S.C. |
| | * | §§ 1028A(a)(1), (c)(5); Aiding and |
| Defendant | * | Abetting, 18 U.S.C. § 2) |
| | * | |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

1.   At all times relevant to this Indictment, Wells Fargo and Bank of America (collectively "financial institutions") were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.   Between in or about July 2010, through on or September 28, 2010, the defendant, **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** engaged in a scheme and artifice to defraud the financial institutions and to obtain monies from third party bank accounts owned by, or under the custody of, such financial institutions ("the scheme to defraud").

### The Scheme to Defraud

3.   It was part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury would obtain the personal information of another individual, specifically T.A, to include T.A.'s name as well as corresponding date of birth and social security number.

4. It was further part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury would create what purported to be an approved IRS Employer Identification Number (EIN) document in the name of a business associated with or owned by T.A.

5. It was further part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury, would provide the information to another individual in an effort to open bank accounts using the name T.A. and a business purportedly associated with or owned by T.A.

6. It was further part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury, would open bank accounts in the name of T.A. and the business purportedly associated with or owned by T.A.

7. It was further part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury would then provide forged and counterfeit checks to be deposited into said accounts.

8. It was further part of the scheme to defraud that **ADETOKUNBO OLUBUNMI ADEPOJU, a/k/a "Olu,"** and persons known and unknown to the Grand Jury would wait for the checks to clear and the funds to be available in the accounts, then withdraw the monies and divide the amount of U.S. currency that was withdrawn from said account(s).

## Execution of the Scheme to Defraud

9. On or about September 23, 2010, in the District of Maryland, the defendant,

**ADETOKUNBO OLUBUNMI ADEPOJU,**
a/k/a "Olu,

did knowingly and willfully execute and attempt to execute the scheme to defraud a financial institution by creating a forged and fraudulent Cashier's Check that appeared to be drawn on Wells Fargo bank in the amount of $28,000 dated September 10, 2010, to be deposited in a Bank of America account in the name of T.A.

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT TWO

1. The allegations of Paragraph 1 through 8 of Count One are incorporated here.

2. On or about September 28, 2010, in the District of Maryland, the defendant,

**ADETOKUNBO OLUBUNMI ADEPOJU,**
a/k/a "Olu,

did knowingly and willfully execute and attempt to execute the scheme to defraud a financial institution by creating a forged and fraudulent Cashier's Check that appeared to be drawn on Wells Fargo back in the amount of $70,500 dated September 10, 2010, to be deposited in a Bank of America account in the name of T.A.

18 U.S.C. § 1344
18 U.S.C. § 2

## COUNT THREE

From in or about July 2010, through in or about September, 2010, in the District of Maryland, the defendant,

**ADETOKUNBO OLUBUNMI ADEPOJU,**
a/k/a "Olu,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, and social security number of T.A., during and in relation to a violation of 18 U.S.C. § 1344, to wit, bank fraud, as charged in Counts One and Two of this Indictment and incorporated here.

18 U.S.C. §§ 1028A(a)(1), (c)(5)
18 U.S.C. § 2

_Rod J. Rosenstein_ (JTM)
ROD J. ROSENSTEIN
United States Attorney

**SIGNATURE REDACTED**
FOREPERSON

Oct. 20, 2010
DATE

5