FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 OCT 17 AM 11:33

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO. MJG-10-0647 |
| ADETOKUNBO ADEPOJU | * | |

\* \* \* \* \* \* \* \* \*

MEMORANDUM AND ORDER

The Court has before it a letter dated October 8, 2014 that shall be docketed as a Motion to Amend Sentence.

The Defendant seeks to have the Court change the sentence to make obligatory the recommendation to the Bureau of Prisons that he serve as much as possible of his sentence in community confinement with work release.

As a procedural matter, a federal court's authority to modify a sentence after it has been imposed is limited. There is such authority: (1) upon motion of the Director of the Bureau of Prisons; (2) as permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure 35;[1] and (3) where the relevant sentencing guidelines have changed since the sentence was imposed. See 18 U.S.C. § 3582(c); see also United States v. Cook, 890 F.2d 672, 675 (4th Cir. 1989) ("The power of a district court to amend a sentence does not extend to a

---

[1] Rule 35 permits modification of a sentence (a) within 14 days after sentencing if there was an arithmetical, technical, or other clear error, and (b) upon motion of the Government for substantial assistance.

situation where the district judge simply changes his mind about the sentence."); United States v. Clark, 8 F. Supp. 2d 560, 561-62 (W.D. Va. 1998) (concluding that the court did not have jurisdiction to modify the defendant's sentence from imprisonment to home confinement when the modification request was based upon the defendant's "extremely poor health").

The Defendant has not provided authority that would enable the Court to direct, rather than to recommend, that the Bureau of Prisons change a condition of confinement from imprisonment to community confinement.

Accordingly:

1. The Clerk shall docket Defendant's letter of October 8, 2014 as a Motion to Amend Sentence.

2. The Motion to Amend Sentence is DENIED.

SO ORDERED, on Thursday, October 16, 2014.

                                                 /s/
Marvin J. Garbis
United States District Judge